IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

KEVEN LEE CARTER,

    Petitioner,

v.                                          Case No. 5:15cv23-MW/GRJ

SECRETARY, DEPARTMENT
OF CORRECTIONS,

    Respondent.
_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 13. Upon consideration, no objections having been filed by the parties,

IT IS ORDERED:

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Respondent's motion to dismiss, ECF 7, is **GRANTED**. The petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 is **DISMISSED** for lack of jurisdiction." The Clerk shall close the file.

**SO ORDERED on February 11, 2016.**

                                                      **s/Mark E. Walker            **
                                                      **United States District Judge**